UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 1 6 2005

MICHAEL N. MILBY, CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| Plaintiff, | § § § § § § § § | CIVIL ACTION NUMBER H-03-3983 |
| VS. | | |
| U.S. SHIP MANAGEMENT, INC., | | |
| Defendants. | | |

## JOINT MOTION TO APPROVE AND ENTER A
## CONSENT DECREE IN RESOLUTION OF SUIT

The Plaintiff, Equal Employment Opportunity Commission (the "Commission" or "EEOC"), and Defendant U.S. Ship Management, Inc. (hereinafter "Defendant"), jointly move this Court to approve and enter the attached Consent Decree in this lawsuit. In support of this motion, the Commission and Defendants (the "parties") jointly represent to this Court the following:

1. The parties are desirous of resolving the issues raised in the Commission's complaint in Civil Action No. H-03-3983 without the burden, expense and delay of further litigation.

2. The parties waive trial, briefs, arguments, findings of fact and conclusions of law on those issues resolved through this Consent Decree.

3. The policies of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e et seq. ("Title VII") will be effectuated by entry of the attached Consent Decree.

4. This Decree is intended to and does resolve the issues raised in the Commission's complaint filed in Civil Action No. H-03-3983.

5.  This Consent Decree shall not in any way be construed as an admission of liability by any party hereto or an admission against interest by any party hereto.

WHEREFORE, the parties jointly request that this court approve the attached Consent Decree in this lawsuit.

|  |  |
|---|---|
| (Date: 9/16/05) | Respectfully submitted,<br><br>Susanne K. Sullivan |
| Rudy L. Sustaita | Attorney-in-Charge |
| Attorney-in-Charge | State Bar No. 24008107 |
| State Bar No. 19523560 | Federal ID No. 22951 |
| Federal ID No. 11850 | Baker & Hostetler LLP |
| 1919 Smith, 7th Floor | 1000 Louisiana, Suite 2000 |
| Houston, Texas 77002 | Houston, Texas 77002-5009 |
| (713) 209-3400 - Telephone | (713) 751-1600 - Telephone |
| (713) 209-3402 - Facsimile | (713) 751-1717 - Facsimile |
| COUNSEL FOR PLAINTIFF<br>EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION | COUNSEL FOR DEFENDANT<br>U. S. SHIP MANAGEMENT, INC. |